**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. GABRIEL HOLGUIN-FIERRO, and
7. TROY SAGO,

    Defendants.

## MINUTE ORDER[1]

    The following motions are before the court for consideration: (1) **Defendant Sago's Second Motion For Additional Time To File Wiretap Related Motions** [#414]; and (2) **Defendant Hoguin-Fierro Second Motion For Additional Time To File Wiretap Related Motions** [#417], both filed April 16, 2010. By **April 23, 2010**, counsel for defendants Hoguin-Fierro and Sago shall file a supplement to their motions for extension of time to specify the length of extension requested.

    Dated: April 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.