**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  GABRIEL HOLGUIN-FIERRO,
5.  JOSE HOLGUIN-FIERRO, and
6.  NATHANIEL AUGUSTUS SMITH, III,

      Defendants.

---

## MINUTE ORDER[1]

---

By **May 3, 2010**, the government shall file a responses to the various motions for extension of time, as supplemented.

      Dated:  April 26, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.